IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GUILLERMO BORGES, | : CIVIL ACTION NO. |
| | : 1:15-CV-2492-TWT-JSA |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MORENO (LAST NAME | : |
| UNKNOWN), CAESAR (LAST NAME | : |
| UNKNOWN), and RAHUL (LAST | : |
| NAME UNKNOWN), | : |
| | : **FINAL REPORT AND** |
| Defendants. | : **RECOMMENDATION** |

The above-captioned action is before the Court on its previous Order [18] dated April 29 2016 ("April 29 Order"), in which the undersigned noted that Plaintiff had not filed proof of service indicating that the remaining Defendants were served within 120 days of filing the Complaint. *See* April 29 Order [18] at 1-2. The undersigned ordered Plaintiff to file, within fourteen days, a Notice of Dismissal as to those Defendants, or to show cause in writing why this case should not be dismissed for failure of service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41.2. Plaintiff was advised that a failure to comply may result in a dismissal of this action. *See* LR 41.2B, 41.3A(2), NDGa.

As of this date, more than fourteen days have passed since the entry of the April 29 Order and Plaintiff has not filed any response. In addition, Plaintiff has not filed

proof of service with the Court, nor has he requested an extension of time in which to serve Defendants with the summons and complaint, nor indicated that Defendants have agreed to waive service. Because Plaintiff failed to provide proof of timely service upon Defendants, and failed to comply with a lawful Order of the Court, the undersigned **RECOMMENDS** that this action be **DISMISSED** without prejudice for failure of service and want of prosecution. *See* FED. R. CIV. P. 4(m); *see also* FED. R. CIV. P. 41(b); LR 41.3A(2), NDGa.

As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned. Accordingly, the Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned.

**IT IS SO RECOMMENDED** this 20th day of May, 2016.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE