IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GUILLERMO BORGES,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTORY STAFFING SOLUTIONS LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-2492-TWT |

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending dismissing the action without prejudice for failure to effectuate service and for want of prosecution. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 15 day of June, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Borges\r&r.wpd